# Court of Appeals
# of the State of Georgia

ATLANTA,  November 28, 2023

*The Court of Appeals hereby passes the following order:*

## A24A0408. CAROLYN ROBINS v. DOUGLAS COUNTY.

In June 2023, Carolyn Robins was convicted of violating several Douglas County ordinances related to pet ownership. Robins then filed a petition for appellate review in the Douglas County State Court. The state court dismissed her petition as untimely, and Robins then filed this direct appeal, seeking to challenge the state court's order. We, however, lack jurisdiction.

Under OCGA § 5-6-35 (a) (1), "[a]ppeals from decisions of the superior courts reviewing decisions of . . . lower courts by petition for review" must be made by filing an application for discretionary appeal in this Court. See also *Consolidated Government of Columbus v. Barwick*, 274 Ga. 176, 177 (1) (549 SE2d 73) (2001) (construing former OCGA § 5-6-35 (a) (1)). And where a discretionary application is required, failure to comply with that requirement deprives this Court of jurisdiction. *Hair Restoration Specialists v. State of Ga.*, 360 Ga. App. 901, 903 (862 SE2d 564) (2021). See also *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Thus, because Robins failed to follow the proper appellate procedure, her appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
 Clerk's Office, Atlanta,  11/28/2023

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

*Stephen E. Castlen*
, Clerk.